[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15359
Non-Argument Calendar
_____

D.C. Docket No. 3:00-cr-00012-MCR-MD-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAVARES CLAYBORNE,
a.k.a. Wug,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 11, 2013)

Before  HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

E. Brian Lang, on behalf of Tavares Clayborne, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clayborne's revocation of supervised release and sentence are **AFFIRMED.**